EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

FLORENCE T. NAKAKUNI
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2002

at __ o'clock and __ min. __M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00215 DAE BMK |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| | ) | [18 U.S.C. §§ 1956(a)(1)(A)(i), |
| vs. | ) | (h), 1955, 2 & 982] |
| | ) | |
| GABRIEL L. AIO, (01) | ) | |
| HUNG CHI HO, a/k/a | ) | |
| "Small David," (06) | ) | |
| VIEFU J. EPENESA, (19) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1
(18 U.S.C. § 1955)

The Grand Jury charges that:

From a time unknown to the grand jury but by at least sometime in June, 1999, and continuing thereafter to on or about sometime in May, 2000, in the District of Hawaii and elsewhere, the defendants GABRIEL L. AIO, HUNG CHI HO, a/k/a "Small David,"

VIEFU J. EPENESA and others, not defendants herein, did unlawfully and knowingly conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, said illegal gambling business involving card games and electronic video gambling machines, in violation of the laws of the State of Hawaii (Hawaii Revised Statute § 712-1221), in which said business was conducted at 1152 Maunakea Street and 115 N. Hotel Street, Honolulu, Hawaii; which illegal gambling business involved, during the period aforesaid, five or more persons who conducted, financed, managed, supervised, directed and owned all or a part thereof; and which gambling business remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue in excess of $2,000 in a single day.

All in violation of Title 18, United States Code, Section 1955, and Title 18, United States Code, Section 2.

COUNT 2

(18 U.S.C. § 1956)

A.  Introduction

At all times material to this indictment:

1.  GABRIEL L. AIO, defendant herein, was a resident of Hawaii;

2.  Steve M. Crouch, who is not a defendant herein, was a resident of Hawaii;

  3. Kim Le Richardson, a/k/a "Kimi," who is not a defendant herein, was a resident of Hawaii;

  4. Den Van Nguyen, who is not a defendant herein, was a resident of Hawaii;

  5. HUNG CHI HO a/k/a "Small David" was the owner of an illegal gambling business located in Hawaii but was a resident of Vietnam.

  6. Huy Loi, a/k/a "Sherman," who is not a defendant herein, was a resident of Hawaii.

 B. <u>The Conspiracy</u>

  From on or about June 18, 1999, to on or about sometime in approximately mid-May, 2000, in the District of Hawaii and elsewhere, the defendants, GABRIEL L. AIO and HUNG CHI HO, a/k/a "Small David," defendants herein, and Den Van Nguyen and Huy Loi, a/k/a "Sherman," Kim Le Richardson, a/k/a "Kimi," and Steve M. Crouch, who are not defendants herein, did knowingly and intentionally and unlawfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to engage in the laundering of monetary instruments, that is, to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the movement of funds (U.S. currency), which involved the proceeds of specified unlawful activity, that is, an illegal gambling business in violation of Title 18, United States Code, Section

1955, and also that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of specified unlawful activity, with the intent to promote the carrying of specified unlawful activity, to wit, an illegal gambling business, a violation of 18 U.S.C. § 1955.

C.  The Manner and Means of the Conspiracy

1.  It was a part of the conspiracy that Kim Le Richardson, a/k/a "Kimi," owner of the building located at 1152 Maunakea Street, knew about the illegal gambling business owned by HUNG CHI HO, a/k/a "Small David," and managed by Huy Loi, a/k/a "Sherman" and consented to said illegal activity being conducted at 1152 Maunakea Street.

2.  It was also a part of the conspiracy that Den Van Nguyen operated an illegal gambling business in the basement of 1152 Maunakea Street.

3.  It was also part of the conspiracy that GABRIEL L. AIO, and Steve M. Crouch, provided "protection" for the illegal gambling business owned by HUNG CHI HO a/k/a "Small David," and managed by Huy Loi, a/k/a "Sherman," located on the second floor of 1152 Maunakea Street and which was temporarily located at 115 N. King Street by allowing the illegal gambling business to operate and preventing disruption from competitors.

4. It was also a part of the conspiracy that GABRIEL L. AIO and Steve M. Crouch made cash payments to a Honolulu Police Department ("HPD") Officer who posed as a corrupt officer willing to accept bribery payments in exchange for warning them of HPD gambling raids and otherwise assist the illegal gambling business.

5. It was also a part of the conspiracy that HUNG CHI HO, a/k/a "Small David and Kim Le Richardson, a/k/a "Kimi," Huy Loi, a/k/a "Sherman," made cash payments to a HPD Officer who posed as a corrupt officer willing to accept bribery payments in exchange for warning them of HPD raids and otherwise assist the illegal gambling business.

6. It was also a part of the conspiracy that Den Van Nguyen made cash payments to a HPD Officer who posed as a corrupt officer willing to accept bribery payments in exchange for warning them of HPD raids and otherwise assist the illegal gambling business.

D. OVERT ACTS

In furtherance of the conspiracy and to effect its object, the defendants GABRIEL L. AIO, HUNG CHI HO aka "Small David" and Den Van Nguyen, Huy Loi, a/k/a "Sherman," Kim Le Richardson, aka "Kimi," and Steve M. Crouch, who are not defendants herein, committed the following overt acts.

I. Defendant GABRIEL L. AIO and Steve M. Crouch, who is not a defendant herein, made or caused the following cash transactions to be made to a Honolulu Police Department Officer posing as a corrupt law enforcement officer willing to accept bribes in exchange for warning them of HPD raids and otherwise assist the illegal gambling business:

| OVERT ACT | TRANSACTION DATE | TRANSACTION AMOUNT |
|---|---|---|
| 1 | 09/16/99 | $2,000.00 |
| 2 | 09/23/99 | $500.00 |
| 3 | 09/30/99 | $500.00 |
| 4 | 01/10/00 | $1,000.00 |
| 5 | 01/14/00 | $1,000.00 |
| 6 | 01/19/00 | $500.00 |
| 7 | 01/26/00 | $500.00 |
| 8 | 02/02/00 | $500.00 |
| 9 | 02/09/00 | $500.00 |
| 10 | 02/16/00 | $500.00 |
| 11 | 02/23/00 | $500.00 |
| 12 | 03/01/00 | $500.00 |
| 13 | 03/08/00 | $500.00 |
| 14 | 03/15/00 | $500.00 |
| 15 | 03/22/00 | $500.00 |
| 16 | 03/29/00 | $500.00 |
| 17 | 04/05/00 | $500.00 |

| | | |
|---|---|---|
| 18 | 04/12/00 | $500.00 |
| 19 | 04/19/00 | $500.00 |
| 20 | 04/26/00 | $500.00 |
| 21 | 05/03/00 | $500.00 |
| 22 | 05/10/00 | $500.00 |
| 23 | 05/17/00 | $500.00 |

II. Kim Le Richardson a/k/a "Kimi" and Huy Loi, a/k/a "Sherman," who are not defendants herein, made or caused the following cash transactions to be made to a Honolulu Police Department Officer posing as a corrupt law enforcement officer willing to accept bribes in exchange for warning them of HPD raids and otherwise assist the illegal gambling business:

| OVERT ACT | TRANSACTION DATE | TRANSACTION AMOUNT |
|---|---|---|
| 24 | 09/05/99 | $1,400.00 |
| 25 | 09/24/99 | $1,400.00 |
| 26 | 10/01/99 | $1,400.00 |
| 27 | 10/08/99 | $1,400.00 |
| 28 | 10/15/99 | $1,400.00 |
| 29 | 10/25/99 | $1,400.00 |
| 30 | 10/29/99 | $1,400.00 |
| 31 | 11/05/99 | $1,400.00 |
| 32 | 11/12/99 | $1,400.00 |
| 33 | 11/26/99 | $1,400.00 |
| 34 | 12/03/99 | $1,400.00 |

| 35 | 12/10/99 | $1,400.00 |
| 36 | 12/17/99 | $1,400.00 |
| 37 | 12/23/99 | $1,420.00 |
| 38 | 12/30/99 | $1,400.00 |
| 39 | 01/07/00 | $1,400.00 |
| 40 | 01/21/00 | $1,400.00 |
| 41 | 01/28/00 | $1,400.00 |
| 42 | 02/11/00 | $1,400.00 |
| 43 | 02/18/00 | $2,800.00 |
| 44 | 02/25/00 | $1,400.00 |
| 45 | 03/03/00 | $1,400.00 |
| 46 | 03/24/00 | $1,400.00 |
| 47 | 04/14/00 | $4,200.00 |
| 48 | 05/05/00 | $2,800.00 |
| 49 | 05/12/00 | $1,400.00 |

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3

### FORFEITURE

The Grand Jury further charges that:

A.   Count 2 is hereby realleged as if fully set out herein.

B.   Upon conviction for the offenses alleged in Count 2, defendants GABRIEL L. AIO and HUNG CHI HO, a/k/a "Small

David," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any and all property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to the following:

> The sum of money equal to the sum of approximately $82,620.00

C.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant--

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 982.

COUNTS 4-26

The Grand Jury further charges that:

On or about the following dates, in the following amounts, set forth in tabular form below, in the District of Hawaii, defendant GABRIEL L. AIO and Steve M. Crouch, who is not a defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the movement of funds (U.S. currency), which involved the proceeds of specified unlawful activity, that is, an illegal gambling business in violation of Title 18, United States Code, Section 1955, and also that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of specified unlawful activity, with the intent to promote the carrying on of specified unlawful activity, to wit, an illegal gambling business, a violation of 18 U.S.C. § 1955, with each transaction representing a separate count of this indictment:

| COUNT | TRANSACTION DATE | TRANSACTION AMOUNT |
|---|---|---|
| 4 | 09/16/99 | $2,000.00 |
| 5 | 09/23/99 | $500.00 |
| 6 | 09/30/99 | $500.00 |
| 7 | 01/10/00 | $1,000.00 |
| 8 | 01/14/00 | $1,000.00 |
| 9 | 01/19/00 | $500.00 |

| 10 | 01/26/00 | $500.00 |
| 11 | 02/02/00 | $500.00 |
| 12 | 02/09/00 | $500.00 |
| 13 | 02/16/00 | $500.00 |
| 14 | 02/23/00 | $500.00 |
| 15 | 03/01/00 | $500.00 |
| 16 | 03/08/00 | $500.00 |
| 17 | 03/15/00 | $500.00 |
| 18 | 03/22/00 | $500.00 |
| 19 | 03/29/00 | $500.00 |
| 20 | 04/05/00 | $500.00 |
| 21 | 04/12/00 | $500.00 |
| 22 | 04/19/00 | $500.00 |
| 23 | 04/26/00 | $500.00 |
| 24 | 05/03/00 | $500.00 |
| 25 | 05/10/00 | $500.00 |
| 26 | 05/17/00 | $500.00 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 27

### FORFEITURE

The Grand Jury further charges that:

A. Counts 4-26 are hereby realleged as if fully set out herein.

11

B. Upon conviction for the offenses alleged in Counts 4-26, defendant GABRIEL L. AIO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any and all property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to the following:

> The sum of money equal to the sum of approximately $14,000.00

C. If any of the above-described forfeitable property, as a result of any act or omission of the defendant--

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 982.

## COUNTS 28-33

The Grand Jury further charges that:

On or about the following dates, in the following amounts, set forth in tabular form below, in the District of Hawaii, defendant HUNG CHI HO, a/k/a "Small David," and Huy Loi, a/k/a "Sherman," who is not a defendant herein, did intentionally aid and abet each other in conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, to wit, the movement of funds (U.S. currency), which involved the proceeds of specified unlawful activity, that is an illegal gambling business in violation of Title 18, United States Code, Section 1955, and also that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of specified unlawful activity, to wit, an illegal gambling business, a violation of 18 U.S.C. § 1955, with each transaction representing a separate count of this indictment:

| COUNT | TRANSACTION DATE | TRANSACTION AMOUNT |
|---|---|---|
| 28 | 11/19/99 | $1,400.00 |
| 29 | 12/17/99 | $1,000.00 |
| 30 | 02/18/00 | $900.00 |
| 31 | 03/10/00 | $1,400.00 |
| 32 | 03/31/00 | $1,400.00 |
| 33 | 04/20/00 | $1,400.00 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 18, United States Code, Section 2.

## COUNT 34

### FORFEITURE

The Grand Jury further charges that:

A. Counts 28-34 are hereby realleged as if fully set out herein.

B. Upon conviction for the offenses alleged in Counts 28-34, defendant HUNG CHI HO, a/k/a "Small David," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any and all property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to the following:

> The sum of money equal to the sum of approximately $7,500.00

C. If any of the above-described forfeitable property, as a result of any act or omission of the defendant--

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

  All pursuant to Title 18, United States Code, Section 982.

  DATED:  4-10-02 , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U. S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U. S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U. S. Attorney

USA v. Gabriel L. Aio, et al.
Cr. No. 00-00215 DAE BMK
"Second Superseding Indictment"