IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 00-00215DAE |
| ) | |
| Plaintiff(s), ) | |
| ) | GOVERNMENT TRIAL EXHIBITS |
| vs. ) | RECEIPT FOR EXHIBITS |
| ) | |
| (19) Viefu Epenesa, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

I, Thomas Muhleck/Florence Nakakuni of U.S. Attorney-District of Hawaii, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:    Honolulu, Hawaii, August 21, 2006

_____
Signature

For: Florence Nakakuni